UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Misc. No. 11-59-2 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| GEORGE RIDNER, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on defendant George Ridner's alleged violations of the terms of his supervised release.  Pursuant to the Court's referral order, R. 209, Magistrate Judge Hanly A. Ingram filed a Report and Recommendation recommending that the Court find that the defendant committed the alleged violations.  *See* R. 212 at 7.  Judge Ingram also recommends that the defendant be sentenced to ten months incarceration, with twenty-four months of supervised release to follow.  *Id.*; *see also* R. 126 (defining the conditions of the supervised release).  Neither the United States nor the defendant has filed any objections to the R&R, and the time for filing any objections has expired.  *See* Fed. R. Crim. P. 59(b)(2).  Accordingly, it is **ORDERED** that the R&R, R. 212, is **ADOPTED** as the opinion of the Court.  The Court will issue a separate judgment.

This the 6th day of June, 2016.



Signed By:
*Amul R. Thapar*  AT
**United States District Judge**