UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION – LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>GEORGE RIDNER,<br>    Defendant. | CRIMINAL NO. 6:11-59-KKC-HAI-2<br><br><br>**ORDER** |

This matter is before the Court on the recommended disposition of United States Magistrate Judge Hanly A. Ingram concerning the reported violations of supervised release conditions by defendant George Ridner. (DE 225). Upon referral (DE 221), Magistrate Judge Ingram conducted a final revocation hearing (DE 224) and issued a recommendation (DE 225).

Ridner has waived his right to appear before a district judge and to make a statement and present information in mitigation. (DE 226). In his waiver, Ridner stated that if the United States objected to the recommended disposition, or if the Court determined not to adopt the recommended disposition, he would withdraw his waiver. (DE 226). The United States did not object to Magistrate Judge Ingram's recommended disposition.

Accordingly, and with the Court otherwise being sufficiently advised, it is hereby **ORDERED** that the recommended disposition (DE 225) is **ADOPTED** as the Court's opinion. The Court will enter a separate judgment consistent with the recommendation.

Dated June 27, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY