UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION – LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>GEORGE RIDNER, aka D.I.,<br><br>    Defendant. | CRIMINAL ACTION<br>NO. 6:11-CR-59-KKC-HAI-2<br><br><br>**ORDER** |

This matter is before the Court on the recommended disposition of United States Magistrate Judge Hanly A. Ingram concerning defendant George Ridner's reported violations of supervised release conditions. (DE 239). The matter was referred to Magistrate Judge Ingram to conduct a final revocation hearing and issue a recommendation.

Magistrate Judge Ingram conducted the final revocation hearing on July 26, 2018 (DE 238), and issued a recommended disposition on July 27, 2018 (DE 239).

Ridner has waived his right to appear before a district judge and to make a statement and present information in mitigation. (DE 240-1). In his waiver, Ridner stated that if the United States objected to the recommended disposition, or if the Court determined not to adopt the recommended disposition, he would withdraw his waiver. (DE 240-1). The United States did not object to Magistrate Judge Ingram's recommended disposition.

Accordingly, and with the Court being otherwise sufficiently advised, it is hereby **ORDERED** that the recommended disposition (DE 239) is **ADOPTED** as the Court's opinion. Judgment consistent with the recommendation will be entered.

Dated August 2, 2018.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY